UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 18 - 10125 |
| Angel L. Granby | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Eric L. Frank |
| | : | |

## ORDER

AND NOW, this upon consideration of Debtor's Motion for an Extension of Time, it is hereby **ORDERED** that Debtor shall file her proper Voluntary Petition form, Summary of Assets and Liabilities, Schedules with Declaration, Statement of Financial Affairs, Chapter 13 Plan, Chapter 13 Statement of Current Monthly Income, and Attorney Disclosure Statement on or before **February 2, 2018**. If Debtor fails to file these required documents within the required time, this case may be dismissed without additional notice or opportunity for a hearing.

DATE:  1/29/18

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**