# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-10125-ELF

ANGEL L GRANBY

840 KENMORE ROAD

PHILADELPHIA, PA 19151-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
ANGEL L GRANBY

840 KENMORE ROAD

PHILADELPHIA, PA 19151-

**Counsel for debtor(s), by electronic notice only.**
RONALD G MCNEIL, ESQ
MCNEIL LEGAL SERVICES
1333 RACE ST
PHILADELPHIA, PA 191071585

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

/s/ William C. Miller

Date: 5/31/2018

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee