# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                    :
                                          :      Chapter 13
        ANGEL L. GRANBY,                  :
                                          :
                                          :      Bankruptcy No. 18-10125 (ELF)
                                          :
                Debtors.                  :
-------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Objection to the Proposed Chapter 13 Plan filed by the City of Philadelphia was served in the manner and on the date set forth below, upon the following:

Via Regular Mail:
Angel L. Granby
840 Kenmore Road
Philadelphia, PA 19151

Via ECF Filing:
Ronald G. McNeil
McNeil Legal Services
1333 Race Street
Philadelphia, PA 19107-1585

Chapter 13 Trustee:
William C. Miller, Esquire
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee:
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

                                      THE CITY OF PHILADELPHIA

Dated: August 8, 2018         By:    */s/ Megan N. Harper*
                                            MEGAN N. HARPER
                                            Deputy City Solicitor
                                            PA Attorney I.D. 81669
                                            Attorney for the City of Philadelphia
                                            City of Philadelphia Law Department
                                            Municipal Services Building
                                            1401 JFK Boulevard, 5th Floor
                                            Philadelphia, PA  19102-1595
                                            215-686-0503 (phone)
                                            Email: Megan.Harper@phila.gov