# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                          :
                                                :     Chapter 13
        ANGEL L. GRANBY,                        :
                                                :     Bankruptcy No. 18-10125 (ELF)
                        Debtor.                 :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION
## TO CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 50) filed by the City of Philadelphia on August 7, 2018.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: August 15, 2018    By:    /s/ Megan N. Harper
Megan N. Harper
Deputy City Solicitor
City of Philadelphia Law Department
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102-1595
215-686-0503 (phone)
215-686-0588 (facsimile)
Email: Megan.Harper@Phila.gov