UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | : | |
|---|---|---|
| In re | : | Case No. 18 - 10125 |
| Angel L. Granby | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Eric L. Frank |
| | : | |

# ORDER

AND NOW, this ___ day of _____, 2018, upon consideration of Debtor's Attorney Application for Allowance of Counsel Fees, and any responses thereto, it is hereby **ORDERED** that

a)  Debtor's Attorney Application for Allowance of Counsel Fees is **GRANTED**;

b)  Compensation is **ALLOWED** in favor of Applicant in the amount of **$2,000.00**; and

c)  The Chapter 13 Trustee is authorize to distribute to Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b), and 11 U.S.C. § 330(a)(4)(B), the allowed compensation set forth in section (b) less **$0.00** which was paid by Debtor pre-petition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

Date: 9/12/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**