United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10125-elf
Angel L. Granby                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi           Page 1 of 1         Date Rcvd: Sep 13, 2018
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
db             +Angel L. Granby,    840 Kenmore Road,    Philadelphia, PA 19151-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
      MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
       karena.blaylock@phila.gov
      REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
       PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
      RONALD G. MCNEIL    on behalf of Debtor Angel L. Granby r.mcneil1@verizon.net
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No.  18 - 10125 |
| Angel L. Granby | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Eric L. Frank |
|  | : |  |

## ORDER

AND NOW, this     day of              , 2018, upon consideration of Debtor's Attorney Application for Allowance of Counsel Fees, and any responses thereto, it is hereby **ORDERED** that

a) Debtor's Attorney Application for Allowance of Counsel Fees is **GRANTED**;

b) Compensation is **ALLOWED** in favor of Applicant in the amount of **$2,000.00**; and

c) The Chapter 13 Trustee is authorize to distribute to Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b), and 11 U.S.C. § 330(a)(4)(B), the allowed compensation set forth in section (b) less **$0.00** which was paid by Debtor pre-petition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

Date:  9/12/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**