United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-10125-elf
Angel L. Granby                                                       Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi            Page 1 of 1           Date Rcvd: Dec 04, 2018
                      Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.
db         +Angel L. Granby,   840 Kenmore Road,    Philadelphia, PA 19151-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:
       LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
        dmaurer@pkh.com;mgutshall@pkh.com
       MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
        karena.blaylock@phila.gov
       REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
        PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
       RONALD G. MCNEIL    on behalf of Debtor Angel L. Granby r.mcneil1@verizon.net
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
        philaecf@gmail.com
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                         TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Angel L. Granby aka Angel Latisha Marie Livingston<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency)<br>　　　　　　　　Movant<br>　　vs.<br>Angel L. Granby aka Angel Latisha Marie Livingston<br>　　　　　　　　Debtor(s)<br>William C. Miller Esq.<br>　　　　　　　　Trustee | NO. 18-10125 ELF<br><br>11 U.S.C. Sections 362 and 1301 |

**ORDER**

　　AND NOW, this  4th  day of  December, 2018 at Philadelphia, withdrawal of the Debtors' Answer to the Motion, it is:

　　**ORDERED** THAT: the Motion for Relief from the Automatic Stay under 11 U.S.C. Section 362, is **GRANTED** and the automatic stay is **MODIFIED** with respect to the subject premises located at 840 Kenmore Road, Philadelphia, PA 19151 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**