United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-10125-elf
Angel L. Granby                                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Randi              Page 1 of 2              Date Rcvd: Mar 20, 2019
                               Form ID: pdf900          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2019.
db              +Angel L. Granby,    840 Kenmore Road,    Philadelphia, PA 19151-3311
14037310        +A.E.S./DDB/P.H.E.A.A.,    P.O. Box 8183,    1200 North 7th Street,    Harrisburg, PA 17102-1419
14037311         DELCo - Office of Judical Support,    Government Center Bldg, Room 126,    201 W. Front Street,
                  Media, PA 19063-2768
14060472        +ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
14037312         Main Line Hospitals, Inc.,    a/k/a, Lankenau Medical Center,    Patient Billing,
                  100 E. Lancaster Avenue, Suite 12,    Wynnewood, PA 19096-3400
14037313         Mercy Health System,    Patient Billing,    One West Elm Street, Suite 100,
                  Conshohocken, PA 19428-4108
14037314        +Pennsylvania Attorney General,    Civil Law Division,    Strawberry Square,
                  Harrisburg, PA 17120-0001
14037316        +Phila. Gas Works - Bankr Unit,    P.O. Box 3500,    800 W. Montgomery Ave, 3rd Flr,
                  Philadelphia, PA 19122-2806
14047120        +Phila. Municipal Court, Traffic Div.,    800 Spring Garden St.,    Phila., PA 19123-2616
14037319         Philadelphia Municipal Court,    Traffic/Administrative Judge,
                  800 Spring Garden Street, Room 2nd FL,    Philadelphia, PA 19123-2690
14111384         Ronald G. McNeil, Esquire,    1333 Race Street,    Philadelphia, PA 19107-1585
14044482        +U.S. Bank N.A.,    c/o Rebecca Solarz, Esq.,    KML Law Group P.C.,    701 Market St., Ste. 5000,
                  Phila., PA 19106-1541
14070274        +U.S. Bank National Association (Trustee for the Pe,    211 North Front Street,
                  Harrisburg, PA 17101-1406
14037320        +U.S. Bank, N.A., Trustee for,    PHFA Loan Servicing Division,    211 N. Front Street,
                  Harrisburg, PA 17101-1466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Mar 21 2019 02:26:25     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2019 02:25:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 21 2019 02:26:20     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr               E-mail/Text: megan.harper@phila.gov Mar 21 2019 02:26:25     City of Philadelphia,
                 Law Department,    c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA  19102
cr              +E-mail/Text: blegal@phfa.org Mar 21 2019 02:26:09     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14074934         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2019 02:23:16
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14126820         E-mail/Text: megan.harper@phila.gov Mar 21 2019 02:26:25     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14076879         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2019 02:23:27     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P O Box 10675,   Greenville, SC 29603-0675
14037315         E-mail/Text: bankruptcygroup@peco-energy.com Mar 21 2019 02:25:45     PECo Energy Co.,
                 Bankruptcy Group,    2301 Market Street   # N3-2,   Philadelphia, PA 19103-1338
14037317        +E-mail/Text: megan.harper@phila.gov Mar 21 2019 02:26:25     Philadelphia Law Department,
                 Bankruptcy Unit,    Municipal Services Bldg,    1401 JFK Blvd, Room 508,
                 Philadelphia, PA 19102-1617
14037318         E-mail/Text: bankruptcy@philapark.org Mar 21 2019 02:26:44     Philadelphia Parking Authority,
                 Office of Chief Counsel,    701 Market Street, Suite 5400,    Philadelphia, PA 19106-2895
14037321        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 21 2019 02:25:35
                 Verizon Wireless Services, LLC,    Bankruptcy Administration,    500 Technology Drive, Suite 550,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Randi                Page 2 of 2                  Date Rcvd: Mar 20, 2019
                              Form ID: pdf900            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2019 at the address(es) listed below:
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              RONALD G. MCNEIL    on behalf of Debtor Angel L. Granby r.mcneil1@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ANGEL L GRANBY | Chapter 13 |
| Debtor | Bankruptcy No. 18-10125-ELF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: March 20, 2019**            _____
                                                         Eric L. Frank
                                                         Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
RONALD G MCNEIL, ESQ
MCNEIL LEGAL SERVICES
1333 RACE ST
PHILADELPHIA, PA 191071585


Debtor:
ANGEL L GRANBY

840 KENMORE ROAD

PHILADELPHIA, PA 19151-